UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,<br><br>                                    Petitioners,<br><br>           -against-<br><br>BELLA MANAGEMENT GROUP, INC.,<br><br>                                    Respondent. | 21 CV 8290<br><br>**JUDGMENT** |

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Awarding Petitioners $236,448.47, plus interest to accrue at the annual rate of 5.25% from the date of the July 19, 2021 arbitration award (the "Award") through the date of judgment;

2. Awarding Petitioners $77 in costs arising out of the proceeding;

3. Awarding Petitioners $700 in attorneys' fees arising out of the proceeding; and

4. Awarding Petitioners post-judgment interest at the statutory rate.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: New York, New York
       December 15, 2021

_____
J. PAUL OETKEN
United States District Judge